DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**QUALITY BUILDERS CONSTRUCTION SERVICES, INC.,** and
**JEZERIAH WEBB,**
Appellants,

v.

**RUSSELL JACOBS** and **CHERYL ABER,**
Appellees.

No. 4D2024-0008

[August 22, 2024]

Appeal of a nonfinal order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Fabienne Elizabeth Fahnestock, Judge; L.T. Case No. CACE21-001840.

Harry Malka of Malka & Kravitz, P.A., Fort Lauderdale, for appellants.

Michael L Cotzen of Cotzen Law, Aventura, for appellees.

PER CURIAM.

*Affirmed.*

GROSS, DAMOORGIAN and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***